**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

EQUINOX GALLERY LIMITED,

                Plaintiff,

-against-

FRED DORFMAN, DORFMAN PROJECTS LLC, and FRED DORFMAN, INC.,

                Defendants.

------------------------------------- x

<u>ORDER</u>

17-cv-230 (GBD)

GEORGE B. DANIELS, District Judge:

The conference previously scheduled in this matter for January 11, 2018, is adjourned to February 15, 2018, at 9:45 a.m.

Dated: January 10, 2018
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE