

# GROSSMAN LLP
### Attorneys at Law

745 Fifth Avenue, 5th Floor
New York, New York 10151
Phone: 646.770.7445
Fax: 646.417.7997
www.grossmanllp.com

February 9, 2018

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1310
New York, New York  10007-1312

Re: *Equinox Gallery Limited v. Fred Dorfman, et al.*, Case No. 17-cv-00230

Dear Judge Daniels:

We represent Plaintiff Equinox Gallery Limited and we write with the consent of Defendants under the Court's February 8, 2018, directive to respectfully propose that the February 15, 2018, conference be rescheduled to the morning of March 22, 2018.

Respectfully submitted,

Lindsay E. Hogan

cc:   Gerald Di Chiara, Esq., counsel for Defendants (via ECF)
      Mark S. Pincus, Esq., counsel for Defendants (via ECF)